# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONJA LEE PRITCHARD,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:25-cv-00852-SAB<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING CLERK OF COURT TO ISSUE SUMMONS AND SERVE DEFENDANT UNDER E-SERVICE PROGRAM<br><br>(ECF No. 2) |

    Plaintiff filed a complaint on July 14, 2025, challenging a final decision of the Commissioner of Social Security denying an application for benefits.  Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

    The Court finds Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.  Therefore, the Court will order that the complaint in this action be served, pursuant to paragraph 1 of the scheduling order to be issued in this action, which provides that service on the Defendant shall proceed under the Court's e-service program.

    Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is GRANTED;
2. The Clerk of the Court is DIRECTED to issue a summons and new case documents; and

3. The Clerk of the Court is DIRECTED to deliver to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses, a notice of electronic filing of this action along with the summons and complaint.

IT IS SO ORDERED.

Dated: **July 15, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2